EXHIBIT 1 Compete Results for Dr Tuber

site analytics powered by compete | Compete.com | Compete PRO | Products | Expertise | Our Data | Pulse Blog | Subscribe to Compete PRO

**Login** or **Signup** for Site Analytics to follow sites

Get the whole story with a Compete PRO subscription. **Learn More**

**Follow This Site**

http:// e.g. compete.com GO

Save Graph Image | Export CSV | Embed Graph

February 2012 | United States

## drtuber.com

**Adobe Flash player 8 or higher is required to view graphs on Compete.com**

Click here to download and install the latest version of the Flash player.

### Unique Visitors

**5,639,975**

-415,032 | -6.85%

3,415,144 | 153.50%

### Rank (by UVs)

**261**

256 | -5

728 | 467

### Competitive Rank (UVs)

Looking for sites similar to drtuber.com on SimilarSite.com ...

### Is this your site?

Sign up for Direct Measurement to get a more complete picture of your website's traffic.

© Copyright to Compete.com - A Kantar Media Company

Visit Compete.com | Subscribe to Compete PRO

Web2PDF
converted by Web2PDFConvert.com

