EXHIBIT 2 DrTuber Alexa Ranking



**alexa** The Web Information Company

Log In or Create an Account    Help

Home    Site Tools    Top Sites    **Site Info**    What's Hot    Toolbar    Dashboard

🔍 Search for more [                    ] 🔍

---

**Lithuania** EverymanTravel.com
All You Need to Know About Lithuania.

**ITT Tech - Official Site** www.ITT-Tech.edu
Convenient Schedules, Over 130 Locations. Browse New Programs.

**Global Internet Backbone** he.net
IPv6+IPv4 Transit For Your Network New Special 1000 Mbps for $900

**Meet Sexy Ukraine Women** www.UkraineDate.com/Dating
Ukraine Dating and Singles Site. Find the Perfect Ukraine Woman Now!

**You may be interested in...**

| | Query | Activity |
|---|---|---|
| 1 | Drtuber | |
| 2 | www.drtuber.com | |
| 3 | drtuber.com | |
| 4 | Doctor Tuber | |
| 5 | Ivana Fukalot Tube | |
| 6 | Avena Lee Creampie | |
| 7 | Divini Rae Tube | |
| 8 | "mia Smiles" Tube | |
| 9 | Doctor | |
| 10 | Noelle Dubois | |

AdChoices ▷

---



## drtuber.com
Drtuber.com

This site is **not certified**. ▼

**Statistics Summary for drtuber.com**

Drtuber.com's three-month global Alexa traffic rank is 319. Visitors to this site view an average of 3.4 unique pages per day. While we estimate that 17% of visitors to the site come from the US,... Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 **319** Global Rank ? | 🇺🇸 **465** Rank in US ? | **1,632** Sites Linking In ? | ⭐⭐⭐☆☆ 1 Review |

💡 **Did you know?** You can enhance your Site Listing by displaying your Visitors and Pageviews. Find out how!

**High Impact Search Queries for Drtuber.com**

| | Query | Impact |
|---|---|---|
| 1 | drtuber | High |
| 2 | dr tuber | High |
| 3 | drtube | Low |
| 4 | dr tube | Low |
| 5 | drtuber.com | Low |
| 6 | dr.tube | Low |
| 7 | dr.tuber | Low |

View the complete Search Analytics

---

| Traffic Stats | **Search Analytics** | Audience | Contact Info | Reviews | Related Links | Clickstream |

### Search Traffic

The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 1.6% |
| Last 7 days | 1% |
| Yesterday | 1.9% |

### Top Queries from Search Traffic

The top queries driving traffic to drtuber.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | drtuber | 10.65% |
| 2 | dr tuber | 5.81% |
| 3 | dr tubes | 1.38% |
| 4 | drtuber.com | 0.86% |
| 5 | drtube | 0.71% |
| 6 | latina ass | 0.36% |
| 7 | punishtube | 0.31% |
| 8 | www.drtuber.com | 0.30% |
| 9 | dr.tuber | 0.23% |
| 10 | elite pain casting dr lomp | 0.21% |

---

**Keyword Research Tool - Find More Keywords**    Sponsored Links
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

---

### Search Traffic on the Rise and Decline

The top queries from search engines driving relatively more/less traffic to drtuber.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase ? | | Search Query | 1 Month Decline ? |
|---|---|---|---|---|---|
| 1 | dr tubes | 1.15% | 1 | drtuber | 1.62% |
| 2 | the.crib porn | 0.34% | 2 | dr tuber | 0.91% |
| 3 | no!! doctor asiansex movies | 0.32% | 3 | hermaphrodite sex | 0.58% |
| 4 | latina ass | 0.31% | 4 | exciting adventures at russian institute | 0.43% |
| 5 | punishtube | 0.20% | 5 | jessica alba - idle hands free sex | 0.33% |
| 6 | dr porn | 0.19% | 6 | dr tube | 0.30% |

**Top Search Queries for Drtuber.com**

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | drtuber | 10.65% |
| 2 | dr tuber | 5.81% |

EXHIBIT 2 DrTuber Alexa Ranking

| | | |
|---|---|---|
| 7 | big booty stickout | 0.19% |
| 8 | red head and big titts on webcam | 0.19% |
| 9 | hentai porn | 0.16% |
| 10 | dad fuck daughter | 0.15% |

| | | |
|---|---|---|
| 7 | super fuck doll | 0.28% |
| 8 | porn great actions | 0.25% |
| 9 | elite pain casting dr lomp | 0.24% |
| 10 | oiled fat ass | 0.16% |

| | | |
|---|---|---|
| 2 | dr tuber | 5.81% |
| 3 | dr tubes | 1.38% |
| 4 | drtuber.com | 0.86% |
| 5 | drtube | 0.71% |
| 6 | latina ass | 0.36% |
| 7 | punishtube | 0.31% |

View the complete Search Analytics

Wayback Machine
See how Drtuber.com looked in the past

Like drtuber.com? Download the Alexa toolbar and access exclusive analytics content.

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for drtuber.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | |
| Last Month Clicks | |
| Avg. Ad Position | 0 |
| Google PPC Keywords | 0 |
| Yahoo PPC Keywords | 0 |





Advertiser: drtuber.com

## High Impact Search Queries for drtuber.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | | QCI | |
|---|---|---|---|---|---|
| drtuber | 67.35 | 52 | | 40 | |
| dr tuber | 9.18 | 47 | | 10 | |
| drtube | 1.71 | 40 | | 15 | |
| dr tube | 1.37 | 37 | | 40 | |
| drtuber.com | 1.36 | 36 | | 10 | |
| dr.tube | 0.76 | 29 | | 30 | |
| dr.tuber | 0.73 | 30 | | 20 | |
| girl videos | 0.64 | 7 | | 70 | |
| fuck doll | 0.59 | 16 | | 46 | |
| xxx gonzo | 0.55 | 42 | | 25 | |
| sunny leone sex | 0.52 | 32 | | 10 | |
| elite pain casting | 0.48 | 21 | | 40 | |
| www.drtuber.com | 0.48 | 30 | | 10 | |
| hentai | 0.40 | 62 | | 30 | |
| brunette teen | 0.40 | 20 | | 100 | |
| mia lina | 0.40 | 32 | | 70 | |
| suelyn medeiros porn | 0.35 | 17 | | 50 | |
| latina | 0.31 | 40 | | 22 | |
| japanese sex | 0.31 | 42 | | 20 | |
| eighteen sex | 0.27 | 23 | | 50 | |
| italia sex | 0.25 | 20 | | 55 | |
| videos | 0.25 | 58 | | 29 | |
| mutter fickt | 0.23 | 12 | | 60 | |
| only girl videos | 0.21 | 25 | | 15 | |
| movies | 0.18 | 61 | | 32 | |
| girl anal | 0.18 | 19 | | 53 | |
| ladyboy rose | 0.17 | 21 | | 30 | |
| spreads | 0.16 | 25 | | 29 | |
| fuck my mom and me | 0.16 | 24 | | 40 | |
| sunny leone | 0.15 | 63 | | 19 | |

## Search Engine Marketing (SEM) Activity by drtuber.com

Ads for drtuber.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for drtuber.com

## Search Engine Marketing (SEM) Opportunities for drtuber.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

Web2PDF
converted by Web2PDFConvert.com

EXHIBIT 2 DrTuber Alexa Ranking

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.54 | 48 | 13 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

Company  Help  Alexa Tools for Site Owners  Related Services  Download the Alexa Toolbar!
About  Help System  Get a Site Audit for your site  Free Website Content  Privacy Policy | Terms of Use
Jobs  Tour  Create a Custom Toolbar  Make money with Alexa  ©Alexa Internet, Inc.
Contact Us  Edit your site listing  An amazon.com company

