**NOTE**:  The following exhibit has been redacted to remove sexually explicit material that appears in the original. Should the Court require an un-redacted version, one will be provided.

DrTuber.com - Free Porn Videos, Free Sex Tube Movies, Mobile Porn -... http://whois.domaintools.com/drtuber.com

**EXHIBIT 3 WhoIs DrTuber**



Open a FREE Account | Log in | Help | 1 Item in Cart

[ drtuber.com ] [ Whois Search ] [ Search ]

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

**Whois Record For DrTuber.com**  Acquire this Domain Name   Tweet  Like  1k

Search Whois Records [ drtuber.com ]  Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

**Whois Record**

**Related Domains For Sale or At Auction**   1 2 More >

DrTuberc.com ($500)   TuberDog.com ($1,895)   TuberPlay.com ($500)
TheTubeRoller.com ($980)   BoobTuber.com ($1,195)   TuberRoses.com ($1,249)

Reverse Whois: "Igor Kovalchuk" owns about 23 other domains
Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 3 years.
IP History: 6 changes on 6 unique IP addresses over 3 years.
Whois History: 428 records have been archived since 2009-08-08.
Reverse IP: 2 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

```
Domain Name: DRTUBER.COM
Registrar: MONIKER

Registrant [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG

Administrative Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Billing Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Technical Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
```



Last checked November 30, 2011

Queue Screenshot for Update

**You the smart one?** Let us show you the job you dream of

Country TLDs | General TLDs

Available domains for registration:

DrTuber.at   Register
DrTuber.ch   Register
DrTuber.dk   Register
DrTuber.eu   Register
DrTuber.in   Register
DrTuber.jp   Register
DrTuber.mx   Register
DrTuber.tw   Register

Register All Selected >

EXHIBIT 3 WhoIs DrTuber

```
        VG
        Phone: +7.9214153469

Domain servers in listed order:

        NS1.DRTUBER.COM          88.85.73.140
        NS2.DRTUBER.COM          78.140.187.204
        NS3.DRTUBER.COM          78.140.143.48

        Record created on:       2011-06-02 02:24:44.413
        Database last updated on: 2012-02-21 07:14:12.197
        Domain Expires on:       2014-08-06 06:35:22.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

