**NOTE**:  The following exhibit has been redacted to remove sexually explicit material that appears in the original.  Should the Court require an un-redacted version, one will be provided.



# Privacy Policy

**Updated as of October 17, 2011**

Pursuant to our **Terms of Use**, this document describes how we treat personal information related to your use of DrTuber.com (the "Website"), including information you provide when using it.

We expressly and strictly limit use of the Website to adults over 18 years of age or the age of majority in the individual's jurisdiction, whichever is greater. Anyone under this age is strictly forbidden from using the Website. We do not knowingly seek or collect any personal information or data from persons who have not attained this age.

**Data Collected**

*Browsing the Website.* You can watch videos and access other parts of the Website without having an account, in which case only your IP address, country of origin and other non-personal information about your computer or device (such as web requests, browser type, browser language, referring URL, operating system and date and time of requests) will be recorded for log file information, aggregated traffic information and in the event that there is any misappropriation of information and/or content.

*Registering on the Website.* Registration of an account is required for uploading videos and accessing other features on the Website. We require the following personal information at the time of registration: your username and password (which you generate), e-mail address, age confirmation and gender. Your IP address is recorded automatically. Your username and gender will become publicly accessible on the Website.

*Usage Information.* We may record information about your usage of the Website such as your subscriptions, which users you communicate with, the videos you watch, the frequency and size of data transfers and other statistics. If you have registered and are logged in, we may associate that information with your account.

*Uploaded Content.* Any personal information or content you voluntarily disclose online, including videos, comments and your profile page, becomes publicly available and may be collected and used by others.

*Correspondences.* We may keep a record of any correspondence between you and us.

*Cookies.* When you use the Website, we may send cookies to your computer to uniquely identify your browser session. We may use both session cookies and persistent cookies.


converted by Web2PDFConvert.com

## Data Usage

We may use your information to provide you with certain features and to create a personalized experience on the Website. We may also use that information to operate, maintain and improve features and functionality of the Website.

We will not use your e-mail address or other personal information to send commercial or marketing messages without your consent. We may use your e-mail without further consent for non-marketing or administrative purposes.

We use cookies, web beacons and other information to store information so that you will not have to re-enter it on future visits, provide personalized content and information, monitor the effectiveness of the Website and monitor aggregate metrics such as the number of visitors and page views (including for use in monitoring visitors from affiliates). They may also be used to provide targeted advertising based on your country of origin and other personal information.

We may aggregate your personal information with personal information of other members and users, and disclose such information to advertisers and other third-parties for marketing and promotional purposes.

Your username may be displayed to other users alongside content you upload, including videos, comments and messages.

Any videos that you submit may be redistributed through the internet and other media channels and may be viewed by the general public.

## Disclosures of Information

We may be required to release certain data to comply with legal obligations or in order to enforce our Terms of Use and other agreements. We may also release certain data to protect the rights, property or safety of us, our users and others. This includes providing information to other companies or organizations like the police or governmental authorities for the purposes of protection against or prosecution of any illegal activity, whether or not it is identified in the Terms of Use.

If you upload any illegal material to the Website, we may forward all available information to relevant authorities, including respective copyright owners, without any notice to you.

## Miscellaneous

If you have an account on the Website and have a password giving you access to certain parts of the Website, you are responsible for keeping the password confidential. Anyone else with your password may access your account and other personal information.

While we use commercially reasonable physical, managerial and technical safeguards to secure your information, the transmission of information via the internet is not completely secure and we cannot ensure or warrant the security of any information or content you transmit to us. Any information or content you transmit to us is done at your own risk.

You are entitled to access, correct or delete your information on the Website and may request us to do so by contacting us at copyright@drtuber.com



EXHIBIT 4 DrTuber Partner Content Program

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Privacy Policy · DMCA · 2257 ·

converted by Web2PDFConvert.com

EXHIBIT 4 DrTuber Partner Content Program



EXHIBIT 4 DrTuber Partner Content Program



# Features

Boost your brand get DrTuber to send you traffic! DrTuber's Content Partner Program enables content owners to have their videos shown to a huge worldwide audience with a text link above each video and an underplayer ad below each video, both pointing back to your site.

DrTuber does not charge any upfront fees to join or upload. We receive compensation through your existing PPS or RevShare affiliate program. We only get paid when you get paid.

All videos you upload will be posted and public on DrTuber.com. We will select the best videos to be featured on the homepage, exposing it to hundreds of thousands of page views daily. To increase your chances of having you video selected we prefer longer clips, niched content and higher quality. Regardless of whether your content is featured on DrTuber's homepage, your content will be available via your profile page.

For owners of multiple sites, we offer an easy method to target your ads to spcific videos without the need for multiple user accounts.



Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

converted by Web2PDFConvert.com

EXHIBIT 4 DrTuber Partner Content Program

· FAQ · Privacy Policy · DMCA · 2257 ·

converted by Web2PDFConvert.com



# Content Partnership Program

Want more coverage on the Net? DrTuber will give you some! Our Content Partnership Program gives you the chance to show your adult movies to millions of porn surfers worldwide. Of course, you will have the chance to complement your vids with a text link above and an ad below the player - both taking the watcher straight to your site.

You can join our program and upload your videos to DrTuber for free - we just sign up to your current PPS or RevShare affiliate program and content ourselves with whatever you pay to other webmasters promoting you.

Everything you post to our site will be available to all visitors of DrTuber.com. Moreover, we will select the best of your movies and feature them on our homepage so you get even more traffic - crowds of porn-hungry surfers every single day!

Wanna know how to make it there into the Featured section? It's actually easy - just stick to posting niched videos sporting high quality and decent length.

The best of the best videos submitted by our partners will make it to the home page - which, nevertheless, doesn't mean no one will view the rest. Whatever doesn't make it to Featured section is available to everyone willing in Search and on your profile page.

You own more than one site and want to market them all on DrTuber? We can offer you that with the help of our easy ad targeting tool - with no need to register multiple user accounts.

## Click here to register and earn money with DrTuber

converted by Web2PDFConvert.com

EXHIBIT 4 DrTuber Partner Content Program

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Privacy Policy · DMCA · 2257 ·

converted by Web2PDFConvert.com

EXHIBIT 4 DrTuber Partner Content Program



# FAQ

1. Who can participate in the DrTuber's Content Partner Program?
-This may be the content owners that want to attract traffic to their pay sites.

2. How to participate to DrTuber's Content Partner Program?
2.1 Just register here
2.2 Waiting approval of your account
2.3 Add one or few pay website
2.4 Use application "Upload" or "MultiUpload" to upload one or more promo movies for your pay site.
2.5 Wait until your video will be the conversion, editing, and moderation.

3. What type of links we use?



If you do not have a banner size 630x75 pixels, you can only use a text link.

4. What kind of technology uploading is used in our systems?
-application "Upload Video" - you can add one video clips
-application "MultiUpload" you can add 500 movies at a time
To each video you may add information such as: categories, description, models names, thumbnail URL.



5. What types of video formats available for upload?
-Allowed extensions: avi,mpg,mov,mpeg,xvid,divx,3gp,mkv,3gpp,mp4,wmv,flv,ogg

6. What's the minimum length of movies allowed on Dr.Tuber ?
-We would like to receive from paysites promo movies for 7-10 minutes. It is these videos can provide a maximum number of signup's from our site.
But we can make an exception to the rule. In specific niches such as amateur, public, fetish, bizzare, fat, bukkake short clips 3-5 minutes to attract many visitors.

7. What's the best quality for promo movies ?
-Uploading movies for Dr.Tuber with maximum quality.
We convert all uploaded video yourself. Our video compression settings are ideal for displaying video in the tube site.

8. Where can I find statistics?
-In application "Stats" you can view detailed statistics for each your paysite.

9. How to increase my video views on Dr Tuber?
-video with the long and unique descriptions include a large number of ubiquitous word title is attracting more visitors
-video with lots of correct tags and categories often get into to the Favorites, Related and Search Results.
-video with the names of models displayed in the sample Related Models
-longer videos attract more visitors
-better and more exclusive videos have higher positions.

10. How much will I earn with Dr.Tuber?
It depends on your video and your pay sites. The number of unique visitors on our tube 2.5-3 million people per day. Video Views ~ 10,000 times per month. You can upload videos of 5-10 per day or more. Thus, after 3 months your video will collect about 12 million hits. Average clickability on banners is 2%. Total 240k traffic coming to your paysite.

Let's make money together! If you have any questions contact to support, please.
ICQ: 149728164
Email: support@drtuber.com

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Privacy Policy · DMCA · 2257 ·


converted by Web2PDFConvert.com

EXHIBIT 4 DrTuber Partner Content Program



# Contact us

ICQ: 149728164

E-mail: support@drtuber.com

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Privacy Policy · DMCA · 2257 ·

converted by Web2PDFConvert.com