**NOTE: The following exhibit has been redacted to remove sexually explicit material that appears in the original. Should the Court require an un-redacted version, one will be provided.**

EXHIBIT 11 DrTuber Static Pages



Web2PDF
converted by Web2PDFConvert.com

EXHIBIT 11 DrTuber Static Pages



Web2PDF
converted by Web2PDFConvert.com



EXHIBIT 11 DrTuber Static Pages



Terms and Conditions | Privacy Policy | DMCA | 2257 | Feedback | Webmasters Program | Partner Content Program | Advertise

Copyright © 2009-2012 DrTuber.com, All Rights Reserved.

Free Parental
Control Software

Web2PDF
converted by Web2PDFConvert.com

EXHIBIT 11 DrTuber Static Pages



Web2PDF
converted by Web2PDFConvert.com

EXHIBIT 11 DrTuber Static Pages



Web2PDF
converted by Web2PDFConvert.com

EXHIBIT 11 DrTuber Static Pages



# Create Your DrTuber.com Account

## Premium account

DrTuber's Premium Account allows you to plunge into the ocean of crystal clear XXX video – the ocean that grows bigger every single day! And hey, ain't no sharks here – it's 100% safe!

| | |
|---|---|
| Surf DrTuber without any POP-UP Ads | ✓ |
| Upload your videos and photos | ✓ |
| Meet friends and watch their private videos | ✓ |
| One pass for all our DVDs | ✓ |
| No download limitations | ✓ |
| Fast download speeds | ✓ |
| 5 - 10 DVDs added daily | ✓ |
| 100% secure and confidential | ✓ |
| Crystal Clear HD movies | ✓ |
| 24/7 customer support | ✓ |

**Get Premium Access**

## Free account

Yes, you can enjoy this stuff for free as well – not in such sky-high quality and not in such amounts that our premium members enjoy but you can! Just give it a try – you'll like it!

| | |
|---|---|
| Surf DrTuber without any POP-UP Ads | ✓ |
| Upload your videos and photos | ✓ |
| Meet friends and watch their private videos | ✓ |
| One pass for all our DVDs | ✗ |
| No download limitations | ✗ |
| Fast download speeds | ✗ |
| 5 - 10 DVDs added daily | ✗ |
| 100% secure and confidential | ✗ |
| Crystal Clear HD movies | ✗ |
| 24/7 customer support | ✗ |

**Get Free Access**




FAQ | Terms and Conditions | Privacy Policy | DMCA | 2257 | Webmasters Program | Partner Content Program | Advertise | Feedback

Copyright © 2009-2011 DrTuber.com, All Rights Reserved.

Web2PDF
converted by Web2PDFConvert.com