UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

Defendants.

---

**PLAINTIFF'S NOTICE OF PENDING, SIMILAR ACTIONS**

Plaintiff, Cybernet Entertainment LLC hereby files its Notice of Pending, Similar Actions

in accordance with Local Rule 3.8.  Although the plaintiffs are different, the following case has

been filed in the United States District Court for the Southern District of Florida, involving near

identical allegations and claims against the same defendants as the above-styled case presently

before this Court:  *Fraserside IP LLC v. Kovalchuk, et al.*, Case No. Case No. 0:12-cv-60931

DATED:  May 16, 2012                    Respectfully submitted,

                                        By:

                                        RANDAZZA LEGAL GROUP
                                        2 S. Biscayne Blvd, Suite 2600
                                        Miami, FL 33131
                                        Telephone (888) 667-1113

Facsimile: (305) 397-2772


  _s/Jason A. Fischer_____
Marc J. Randazza
mjr@randazza.com
Jason A. Fisher (68762)
jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, Ft. Lauderdale Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*s/Jason A. Fischer*