FILING FEE

PAID   15.00
pro hac   39554
vice
Steven M. Larimore, Clerk

FILED by ___ D.C.

MAY 3 0 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

Defendants.

---

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Attorney Chad Belville of the Law Office of Chad Belville, 4742 North 24th Street, Suite 315, Phoenix, Arizona 85016, (602) 904-5485, for purposes of appearance as co-counsel on behalf of Cybernet Entertainment LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Attorney Chad Belville to receive electronic filings in this case, and in support thereof states as follows:

1.      Attorney Chad Belville is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of .

2.      Movant, Jason A. Fischer, of the Randazza Legal Group, 2 S. Biscayne Blvd, Suite 2600, Miami, Florida 33131-1815, (888) 667-1113, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Attorney Chad Belville has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Attorney Chad Belville, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Attorney Chad Belville at email address: cbelville@azbar.org.

///

///

///

WHEREFORE, Jason A. Fischer moves this Court to enter an Order permitting Attorney Chad Belville to appear before this Court on behalf of Cybernet Entertainment LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Attorney Chad Belville.

DATED:  May 22, 2012                    Respectfully submitted,

                                        By:

                                        RANDAZZA LEGAL GROUP
                                        2 S. Biscayne Blvd, Suite 2600
                                        Miami, FL 33131
                                        Telephone (888) 667-1113
                                        Facsimile: (305) 397-2772

                                        Marc J. Randazza
                                        mjr@randazza.com
                                        Jason A. Fisher (68762)
                                        jaf@randazza.com

                                        Chad Belville, Attorney at Law
                                        *Pro Hac Vice*
                                        4742 North 24th Street, Suite 315
                                        Phoenix, AZ 85016

                                        MAILING ADDRESS:
                                        P.O. Box 17879
                                        Phoenix, AZ 85011

                                        Telephone:  602-904-5485
                                        FAX:  602-297-6953
                                        E-mail cbelville@azbar.org

                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the **29** day of **MAY** , 2012, I deposited the foregoing

document for shipment via **USPS** to the clerk of the court for the U.S.

District Court, Southern District of Florida, Ft. Lauderdale Division. The electronic case filing

system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in

writing to accept this Notice as service of this document by electronic means.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

                Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

                Defendants.

---

## CERTIFICATION OF ATTORNEY CHAD BELVILLE

I, Chad Belville, pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the State of Iowa, Arizona, the United States District Courts for the Northern District of Iowa, District of Arizona, District of Colorado, the United States Courts of Appeal for the Eighth, Ninth, and Tenth Circuits, and the United States Supreme Court.

Chad Belville

To Whom It May Concern:

I have two records of discipline by the Iowa Supreme Court.

The first, File 9900-14, is in response to my conviction for Operating While Intoxicated second offense, which indicated I engaged in conduct prejudicial to the administration of justice and adversely reflecting on fitness to practice law.  I admitted the violation and was given a public reprimand.  Two days after the arrest, I checked myself in a treatment facility and have been continuously sober since that event.

The second, 9900-294, record resulted from my statements made to a member of the news media concerning a criminal prosecution where I was the elected County Attorney.  I stated that the defendant was going to enter a plea to a reduced charge and that I did not believe the presiding judge would have given an extended sentence to the charges as filed.  This statement, which was published by a local paper, compromised the Judge's ability to be impartial sentence and he recused himself.  I stepped down from the case and turned the prosecution over to the State Attorney General.  This violated ethical rules concerning  trial publicity and had the potential to interfere with a fair trial and imposition of sentence.  I admitted to the violation and was given a public reprimand.

Both of these violations occurred prior to my admission by examination to the State Bar of Arizona. Both were fully disclosed and vetted by the Bar and I was granted full admission.

I will provide full documentation of each reprimand promptly upon request.


Respectfully,

Chad Belville

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

          Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

          Defendants.

---

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for

Attorney Chad Belville, Consent to Designation, and Request to Electronically Receive Notices

of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion

and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Attorney Chad Belville may appear and participate in this

action on behalf of Fraserside IP, LLC.  The Clerk shall provide electronic notification of all

electronic filings to Attorney Chad Belville at cbelville@azbar.org.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day

of _____.

_____
U.S. District Judge

Copies furnished:
All counsel of record