AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 0:12-cv-60660 S.D Florida

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Igor Kovalchuk aka "Vince" dba DrTuber.com
was received by me on *(date)* 04/24/2012 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Constantin Luchian (Registered DMCA Agent) , who is designated by law to accept service of process on behalf of *(name of organization)* Igor Kovalchuk aka "Vince" dba DrTuber.com on *(date)* 05/14/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 159.00 for services, for a total of $ 159.00 .

I declare under penalty of perjury that this information is true.

Date: 07/19/2012

*Ron Headly*
Server's signature

Ross Headley, Process Server
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 1451 Cypress Creek Road, Suite 300, Ft. Lauderdale, Florida 33309

Served: 5/14/2012, at 1:52 PM

Documents served: Summons in a Civil Action; Complaint and Jury Demand, with Exhibits 1-12; Civil Case Cover Sheet; Order Requiring Discovery and Scheduling Conference and Order Referring Discovery Matters to The Magistrate Judge.