UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

        Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.

---

**PLAINTIFF'S REQUEST TO THE CLERK OF COURT
FOR ENTRY OF DEFAULT AS TO DEFENDANT IGOR KOVALCHUK,
ERA TECHNOLOGIES LTD., AND EXTRON WORLDWIDE CORP.**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Cybernet Entertainment LLC LLC ("Cybernet"), respectfully requests that the Clerk of Court enter the default of Defendants Igor Kovalchuk, ERA Technologies Ltd., and Extron Worldwide Corp. (collectively, "DrTuber"). In support of this request, Cybernet shows the following:

1. DrTuber has registered Constantin Luchian as its agent to receive claims of copyright infringement, pursuant to the Digital Millennium Copyright Act (the "DMCA"). *See* 17 U.S.C. § 512(c)(2) (requiring designation of agent to receive claims of copyright infringement).

2.      Mr. Luchian was formally served with Cybernet's complaint and Summons on May 14, 2012.  (Doc. No. 10).

3.      Pursuant to Federal Rules of Civil Procedure 4(d) and 12, DrTuber was required to answer or otherwise respond by June 4, 2012.

4.      To date, DrTuber has not filed an answer or otherwise responded to Cybernet's complaint.  No attorney has made an appearance on behalf of DrTuber, and no one has contacted counsel for Plaintiff on behalf of DrTuber.

Therefore, Cybernet requests that the Clerk of Court enter the default of Defendants Igor Kovalchuk, ERA Technologies Ltd., and Extron Worldwide Corp. for failure to plead or otherwise respond.  A proposed entry of default for DrTuber is included herewith for the Clerk's convenience.

DATED:  July 24, 2012                    Respectfully submitted,

                                         By:

                                         RANDAZZA LEGAL GROUP
                                         2 S. Biscayne Blvd., Suite 2600
                                         Miami, FL 33131
                                         Telephone (888) 667-1113
                                         Facsimile: (305) 397-2772

                                           s/Jason A. Fischer
                                         Marc J. Randazza
                                         mjr@randazza.com
                                         Jason A. Fisher (68762)
                                         jaf@randazza.com

                                         Chad Belville, Attorney at Law
                                         *Pro Hac Vice*
                                         4742 North 24th Street, Suite 315
                                         Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24th day of July, 2012, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

_s/Jason A. Fischer_

### SERVICE LIST

By U.S. Mail to:

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; and Extron Worldwide Corporation
c/o Constantin Luchian, Registered DMCA Agent
1451 Cypress Creek Road, Suite 300
Ft. Lauderdale, Florida 33309