UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

       Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

       Defendants.

---

**CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS IGOR KOVALCHUK, ERA TECHNOLOGIES LTD., AND EXTRON WORLDWIDE CORP.**

Plaintiff Cybernet Entertainment LLC, has requested the entry of default of Defendants Igor Kovalchuk, ERA Technologies Ltd., and Extron Worldwide Corp. pursuant to Federal Rule of Civil Procedure 55(a). Upon review of the Court's record in this action, the Clerk finds that Defendants Igor Kovalchuk, ERA Technologies Ltd., and Extron Worldwide Corp. have failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Defendants Igor Kovalchuk, ERA Technologies Ltd., and Extron Worldwide Corp. is hereby entered.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF FLORIDA

By: _____
       Deputy Clerk