UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

| | |
|---|---|
| Cybernet Entertainment LLC, | CASE NO. 12-cv-60660-RNS |
| Plaintiff(s), | |
| v. | FILED by __AR__ D.C. |
| Igor Kovalchuk | **Jul 25, 2012** |
| | STEVEN M. LARIMORE |
| Defendant(s). | CLERK |
| _____/ | U.S. DIST. CT. |
| | S.D. OF FLA. |

It appearing that the defendant(s) herein, **Igor Kovalchuk,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Igor Kovalchuk, as of course, on this date July 25, 2012.

**STEVEN M. LARIMORE**
CLERK OF COURT


By: _s/Alex Rodriguez_____
    Alex Rodriguez
    Deputy Clerk

cc:   Hon. Robert N. Scola, Jr.
      Counsel of Record
      Igor Kovalchuk
      1451 Cypress Creek Road, Suite 300, Ft. Lauderdale, FL. 33309