UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Cybernet Entertainment, LLC          CASE NO. 12-cv-60660-RNS
a New York Company

        Plaintiff,

v.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.
_____/

### NOTICE OF APPEARANCE BY JOHN F. BRADLEY, ESQ. FOR DEFENDANTS IGOR KOVALCHUK A/K/A "VINCE," d/b/a DRTUBER.COM, ERA TECHNOLOGIES, LTD., AND EXTRON WORLDWIDE CORPORATION

*COMES NOW*, John F. Bradley, Esq. of the Bradley Legal Group, P.A., and files this Notice of Appearance on behalf of Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com, ERA Technologies, LTD., and Extron Worldwide Corporation, and directs that copies of all further correspondence and pleadings on said Defendant's behalf be directed to the undersigned.

        Respectfully Submitted;

        BRADLEY LEGAL GROUP, P.A.
        Attorneys for Defendants

        By: _____/s/_____
          John F. Bradley, Esq.
          Florida Bar #0779910
          Louis Smoller, Esq.
          Florida Bar #086253
          15 Northeast 13th Avenue
          Fort Lauderdale, FL 33301
          www.bradlegal.com
          Telephone No. (954) 523-6160

Fax No. (954) 523-6190
Email: jb@bradlegal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 27th day of July 2012, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

_____/s/_____
John F. Bradley

## SERVICE LIST

**Cybernet Entertainment, LLC. v. Igor Kovalchuck, et. Al**
**Case No: 12-cv-60660-RNS**
**U.S. District Court, Southern District of Florida**

**Chad L. Belville**
4742 North 24th Street
Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-297-6953
Email: cbelville@azbar.org
*ATTORNEY FOR PLAINTIFF*

**Marc John Randazza**
6525 W. Warm Springs Rd.
Suite 100
Las Vegas, NV 89118
888-667-1113
Fax: 305-437-7662
Email: MJR@randazza.com

*ATTORNEY FOR PLAINTIFF*

**Jason Allan Fischer**
Fischer Law, P.L.
One Biscayne Tower
2 Biscayne Boulevard, Suite 2600
Miami, FL 33131-1815
(321) 356-0766
Fax: (305) 397-2772
Email: fischerlawpl@me.com
*ATTORNEY FOR PLAINTIFF*