UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

Cybernet Entertainment, LLC
a New York Company

       Plaintiff,

v.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

       Defendants.

CASE NO. 12-cv-60660-RNS

---

## AFFIDAVIT OF CONSTANTIN LUCHIAN

Constantin Luchian, being duly sworn, does hereby depose and state:

1. My name is Constantin Luchian. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am an employee of Incorporate Now, Inc., a Florida corporation ("Incorporate Now") with an office at 1451 W Cypress Creek Rd., Suite 300, Fort Lauderdale FL 33309.

3. Incorporate Now provides numerous corporate services to its clients worldwide, including Digital Millennium Copyright Act ("DMCA") agent services to numerous websites and companies.

4. Pursuant to my employment at Incorporate Now, I serve as the DMCA agent for the www.DrTuber.com website and its operator ERA Technologies, Ltd.

5. My duties as DrTuber.com's DMCA agent are limited to receiving DMCA take-down notices from parties who claim that their copyrighted material appears on DrTuber.com and forwarding those notices to DrTuber.com.

6. Some time ago someone brought to Incorporate Now's reception area a large envelope addressed to me. The receptionist called me and I came out of my office to the reception area. A man gave me the envelope. I asked whether I needed to sign anything and he said no. He did not explain what the envelope contained nor did he ask me any questions except to confirm my name. The envelope contained a complaint and related documents.

7. Since the contents of this envelope clearly did not constitute a DMCA take-down notice, I did not forward the contents of this envelope to DrTuber.com or to ERA Technologies.

8. I did forward a copy of the contents to Attorney Val Gurvits of the Boston Law Group, who I knew at one point represented ERA Technologies.

9. Neither I nor Incorporate Now has any connection with Mr. Igor Kovalchuk whatsoever.

10. Neither I nor Incorporate Now is an agent in any capacity whatsoever for Mr. Igor Kovalchuk and we are certainly not authorized to accept service of process on his behalf. In fact, I have never met Mr. Kovalchuk and I don't think that I have ever spoken to or corresponded with him. At no point did I or Incorporate Now send a copy of the complaint to Mr. Kovalchuk.

11. Neither I nor Incorporate Now has any connection with Extron Worldwide Corporation whatsoever. It did not engage us as an agent for service of process and did not engage us as a DMCA agent. Extron never communicated with us either verbally or in any written form. At no point did we send a copy of the complaint to Extron.

12. In short, with respect to myself and Incorporate Now, Mr. Kovalchuk and Extron are complete strangers.

13. Neither I nor Incorporate Now has any ownership interest in or control of ERA Technologies or Extron.

14. As the employee of Incorporate Now and the DMCA agent for ERA Technologies and the DrTuber.com website, my function is simply to receive and forward DMCA take-down notices. I am not an agent of ERA Technologies or the DrTuber website for any other purpose and I am NOT authorized to accept service of process on behalf of ERA Technologies or the DrTuber website. My employer Incorporate Now is not an agent of ERA Technologies or the DrTuber website for any other purpose and it is NOT authorized to accept service of process on behalf of ERA Technologies or the DrTuber website. At not point did I or Incorporate Now send a copy of the complaint to ERA Technologies or the DrTuber.com website.

15. I am not now – nor have I ever been – an employee of ERA Technologies or the DrTuber website. I am not now – nor have I ever been – an owner, officer, director, manager, general agent, business agent, or cashier of ERA Technologies or the DrTuber website. I am simply an employee of Incorporate Now, a service provider who serves as a DMCA agent for numerous websites.

16. I and Incorporate Now do not now have – nor have we ever had – the general authority to act for ERA Technologies or the DrTuber website within Florida. Nor do we have (nor have we ever had) the authority to speak for ERA Technologies or the DrTuber website within the state.

17. Again, my sole function as Incorporate Now's employee is to receive and forward DMCA take-down notices to ERA Technologies.

18. I was also never an employee of Extron, nor was I ever an owner, officer, director, manager, general agent, business agent, or cashier of Extron. I do not have and have never had the general authority to act for Extron within Florida, nor did I ever have the authority to speak for Extron within the state.

THIS SPACE LEFT INTENTIONALLY BLANK
SIGNATURE FOLLOWS

Signed under the pains and penalties of perjury this 27th day of July, 2012.

_____
Constantin Luchian