# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** ERA TECHNOLOGIES LTD

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** DrTuber, www.drtuber.com, drtuber.com

**Address of Service Provider:** RG Hodge Plaza Wickhams Cay Road Town, Tortola BVI

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** copyright@drtuber.com

**Signature of Officer or Representative of the Designating Service Provider:**
**Date:** 9/12/2011

**Typed or Printed Name and Title:** Igor Ducalov, Manager

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
Copyright I&R/Recordation
P.O. Box 71537
Washington, DC 20024


16435221


Received
SEP 27 2011
Copyright Office