# BOSTON LAW GROUP, PC
### ATTORNEYS AT LAW

825 BEACON STREET, SUITE 20
NEWTON CENTRE, MASSACHUSETTS 02459

Main (617) 928-1800

Fax (617) 928-1802

**VIA E-MAIL, FACSIMILE 305-397-2772 – 4 pages**
**AND CERTIFIED MAIL #7011 2000 0001 6978 8336**

April 30, 2012

Mr. Jason Fischer, Esq.
Randazza Legal Group
2 South Biscayne Blvd. Suite 2600
Miami, Florida 33131

Re:   Cybernet Entertainment LLC v. Igor Kovalchuk et al.
        Civil Action No. 0:12-cv-60660, S.D. Fla.

Dear Attorney Fischer,

Today a process server brought to my office a copy of the complaint in the above captioned case. As I explained to your co-counsel, Attorney Chad Belville, in an e-mail dated April 24, 2012 (attached hereto as <u>Exhibit A</u>), I do not at this time represent Mr. Kovalchuk or any other named party in connection with the above captioned case. Indeed, given that the Court dismissed the Iowa lawsuit against DrTuber and Mr. Kovalchuk for lack of personal jurisdiction, I no longer represent DrTuber, Mr. Kovalchuk or any other party in connection with ANY action (although I do not rule out that this may change in the future).

Therefore, I am certainly NOT authorized to accept service of process in this case. **<u>Please be advised that I have not forwarded the Florida complaint to DrTuber, Mr. Kovalchuk or any other defendant, nor do I undertake to do so.</u>**

In the event that you choose to make an argument to the court that your correspondence with me constitutes proper service, please make sure to enclose a copy of this letter with any such filing.

Thank you for your attention to the foregoing.

Very Truly Yours,

Val Gurvits

Exhibit A

**Val Gurvits**

| | |
|---|---|
| **From:** | Val Gurvits |
| **Sent:** | Tuesday, April 24, 2012 7:26 PM |
| **To:** | Chad Belville; cma@shuttleworthlaw.com; evan@cfwlegal.com |
| **Subject:** | RE: Activity in Case 0:12-cv-60660-RNS Cybernet Entertainment LLC v. Kovalchuk et al Summons Issued |

Dear Chad,

We do not at this time represent DrTuber, Mr. Kovalchuk or any other party in connection with the above-captioned Florida action. Indeed, given that the Court dismissed the Iowa lawsuit for lack of personal jurisdiction, I suppose that we no longer represent DrTuber, Mr. Kovalchuk or any other party in connection with ANY action (although I do not rule out that this may change in the future).

We are certainly NOT authorized to accept service of process (and you may recall that we were not authorized to do so in the Iowa litigation either). Please be further advised that I did not forward the Florida complaint to DrTuber, Mr. Kovalchuk or any other defendant nor do I undertake to do so.

Thank you for your attention to the foregoing.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Monday, April 16, 2012 2:06 PM
**To:** cma@shuttleworthlaw.com; Val Gurvits; evan@cfwlegal.com
**Subject:** Activity in Case 0:12-cv-60660-RNS Cybernet Entertainment LLC v. Kovalchuk et al Summons Issued

This case has been filed in Florida against your client. I am in the process of submitting Pro Hac Hac Vice documentation.

Please inform me if service will be accepted or if my client must send a process server, which the client will do if necessary.

Respectfully,

4/30/2012

Chad Belville

From: cmecfautosender@flsd.uscourts.gov
Subject: **Activity in Case 0:12-cv-60660-RNS Cybernet Entertainment LLC v. Kovalchuk et al Summons Issued**
Date: April 16, 2012 8:05:52 AM EDT
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 4/16/2012 at 8:05 AM EDT and filed on 4/16/2012
**Case Name:**      Cybernet Entertainment LLC v. Kovalchuk et al
**Case Number:**    0:12-cv-60660-RNS
**Filer:**
**Document Number:** 4

**Docket Text:**
**Summons Issued as to ERA Technologies Ltd., Extron Worldwide Corporation, Igor Kovalchuk. (ar2)**

**0:12-cv-60660-RNS Notice has been electronically mailed to:**

Jason Allan Fischer      fischerlawpl@me.com

Marc John Randazza    MJR@randazza.com, erika@libertymediaholdings.com

**0:12-cv-60660-RNS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

4/30/2012

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=4/16/2012] [FileNumber=9963919-0
] [064d372395233186fac024aeed120ee9137a664dfd7fc72d1c7f731bad5c7d3a169
4cd7aa23fb2582518c68cfd635e8a7b0d22a704a29c1bae6e5cca6e8f87b5]]

--
Chad Belville
PO Box 17879
Phoenix, AZ 85011
FAX 602-297-6953
Licensed in Iowa and Arizona;
Federal Districts of Arizona, Colorado and the Northern District of Iowa;
The 8th, 9th and 10th Circuit Courts of Appeals
The United States Supreme Court

IMPORTANT NOTICE: THIS COMMUNICATION MAY BE PRIVILEGED OR CONFIDENTIAL. This message is intended only for the the person to whom it is directed. If you are not the intended recipient, do not copy, forward, or distribute this message. If you received this message in error, please immediately delete it from your system and contact the attorney at the phone number above.

4/30/2012