| | |
|---|---|
| **From:** | mjr@randazza.com |
| **To:** | Val Gurvits |
| **Cc:** | Evan Fray-Witzer; Chad Belville; Jason Fischer |
| **Subject:** | Service on Dr. Tuber |
| **Date:** | Thursday, July 19, 2012 8:05:35 PM |

Val,

As you may be aware, we served Constantin Luchian with the complaint in Dr. Tuber.

It is our position that he is a valid person to serve, since a DMCA agent is an agent to receive copyright complaints -- so it is illogical that he would be an improper person to serve a copyright complaint on.

I predict, and presume, that you take a contrary position.

If we are correct, then your client has defaulted.  If we are wrong, then we'll have to take some other measures to serve.

It is our intention to file the return of service.  I would like us to agree on either a) you accept that as adequate service, and we stipulate to an extended period of time in which you may file a responsive pleading (but waive the service argument), or b) you maintain the service argument, and we agree on a briefing schedule to argue about that particular point.

I certainly respect the position that service on a DMCA agent is not "service," since I am unaware of a case that has resolved that one way or the other.  If the matter must be decided, it may as well be decided now.

What is your position?  We've served and you'll answer / File a 12(b)(2) in say 30 days?  Or do you want to file a motion to quash in a little less than that (but still with a reasonable amount of time for you).

_____


Marc John Randazza*
Randazza Legal Group

6525 West Warm Springs Rd. Ste. 100
Las Vegas, Nevada 89118
Toll Free: 888-667-1113
email: mjr (at) randazza (dot) com
eFax: 305.437.7662

Other Offices: Miami, Phoenix & Toronto
http://www.randazza.com
_____

* Licensed in AZ, CA, FL, MA, and NV