UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60660-Civ-SCOLA/ROSENBAUM

CYBERNET ENTERTAINMENT LLC,

    Plaintiff,

vs.

IGOR KOVALCHUK a/k/a Vince d/b/a
DrTuber.com, ERA TECHNOLOGIES LTD.,
EXTRON WORLDWIDE CORPORATION
and JOHN DOES 1–100,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for and Evan Fray-Witzer, Esq. (ECF No. 17) pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Evan Fray-Witzer may appear and participate in this action on behalf of the Plaintiff.  The Clerk shall provide electronic notification of all electronic filings to Evan Fray-Witzer at Evan@fray-witzer.com.

**DONE and ORDERED** in chambers, at Miami, Florida, on July 30, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Designated U.S. Magistrate Judge
Counsel of record