UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

       Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

       Defendants.

---

### PLAINTIFF'S STIPULATION TO REMOVAL OF CLERK'S DEFAULT

Plaintiff Cybernet Entertainment LLC (hereinafter referred to as "Plaintiff" or "Cybernet"), by and through its counsel, hereby stipulates to the removal of the Clerk's Default (Doc. No. 14) as to Defendant Igor Kovalchuk, stating as follows:

1. On May 14, 2012, Plaintiff served a copy of its Complaint and a Summons in this Action upon Defendants' designated agent for receipt of notifications of claimed infringement. *See* 17 U.S.C. § 512(c)(2).

2. On July 24, 2012, after Defendants had failed to appear or otherwise respond to the Complaint, Plaintiff's requested that the Clerk enter a Default with respect to all Defendants. (*See* Doc. No. 11.)

3. The Clerk subsequently entered a Default as to Defendant Igor Kovalchuk ("Kovalchuk") on July 25, 2012. (Doc. No. 14.)

4. Attorneys for all Defendants then made appearances (Doc. Nos. 16 & 17) and submitted a Motion (Doc. No. 18) seeking, *inter alia*, to set aside the entry of Clerk's Default as to Kovalchuk.

5. On August 8, 2012, pursuant to Local Rule 7.1(a)(3), and in an effort to narrow the issues to be presented and argued before this Honorable Court, Plaintiff's counsel met and conferred in good faith with Defendants' counsel.

6. Following the parties' discussion, although a resolution was not reached concerning all issues raised by Defendants' Motion and Plaintiff's planned Cross-Motion,[1] Plaintiff has determined that the appearance and apparent participation of Defendants' counsel in the Action sufficiently removes Plaintiff's basis for requesting entry of a Default by the Clerk.

///
///
///
///
///
///
///
///
///

---

[1] Plaintiff intends to file, contemporaneously with this Stipulation, an Opposition to the remaining relief requested by Defendants' Motion, and a Cross-Motion for an Order Permitting Alternate Service.

WHEREFORE, Plaintiff hereby stipulates in part to the relief sought by Defendants' Motion (Doc. No. 18), insofar as said Motion seeks to set aside the entry of a Clerk's Default as to Defendant Kovalchuk.

DATED:  August 13, 2012

Respectfully submitted,

By:

RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd, Suite 2600
Miami, FL 33131
Telephone (888) 667-1113
Facsimile: (305) 397-2772

  _s/Jason A. Fischer_
Marc J. Randazza
mjr@randazza.com
Jason A. Fisher (68762)
jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of August, 2012, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

      *s/Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; and Extron Worldwide Corporation

c/o Evan Fray-Witzer
Law Office of Fray-Witzer
20 Park Plaza, Suite 804
Boston, MA 02116
Tel:  617-723-5630
Email: Evan@Fray-Witzer.com

c/o Valentin Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:  617-928-1804
Email: vgurvits@bostonlawgroup.com

c/o John Francis Bradley
Bradley Legal Group, P.A.
15 Northeast 13 Avenue
Fort Lauderdale, FL 33301
Tel:  954-523-6160
Fax:  523-6190
Email: jb@musiclawattorney.com