# Exhibit C

Declaration of Process Server

DECLARATION OF NELSON TUCKER

I, Nelson Tucker, declare under penalty of perjury of the laws of the State of Arizona, that the following is true and correct and that I could competently testify, if called, that:

1. I am the CEO of Process Service Network, am over the age of 18 years, and not a party to the within-named action. I have been a Registered Process Server and owner of an attorney service since 1978. I supervise all international service of process assignments that come into our office. I have supervised over 90 services in Panama over the past 34 years. I have authored three (3) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 28 years. I am the President of Process Service University and am fully familiar with the requirements for service of process in every country, including Panama. I am a qualified expert witness on international service of process and court filing procedures.

2. On May 31, 2012, I received an assignment to arrange for service in Panama upon Extron Worldwide Corporation at their business address of Torres de las Americas, Tower N. Unit No. 305, Punta Pacifica, Panama related to Cybernet v. Kovalchuk, case number 12-CV-60660. The service was assigned by plaintiff's attorney, the Law Office of Chad Belville.

3. On June 18, 2012, our process server in Panama attempted to personally serve an agent of Extron Worldwide Corporation at the address stated in paragraph 2 above. He arrived at the business address on June 18, 2012, at 10:40 a.m. and discovered that the office was vacant.

4. I conducted an search for Extron Worldwide Corporation and determined that their company registration number is 415404.

1

However, they do not have a current registered agent in Panama. I am not able to locate a current address where the documents can be served.

I declare and can competently testify, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Executed on June 22, 2012, at Los Angeles, CA.

_____
Nelson Tucker