UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

       Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

       Defendants.

## ORDER

    Before the Court are the following:

    1. Defendants' Motion (Doc. No. 18) seeking (i) to Quash Plaintiff's Purported Proof of Service; (ii) to set aside the Clerk's Entry of Default as to Defendant Igor Kovalchuk; and (iii) Sanctions against Plaintiff and its counsel;

    2. Plaintiff's Stipulation (Doc. No. 22) to Removal of Clerk's Default; and

    3. Plaintiff's Opposition (Doc. No. 23) to Defendants' Motion and Cross-Motion for an Order Permitting Alternate Service.

    The Court, having carefully reviewed the above-listed documents, the pleadings and exhibits in this matter, hereby approves *nunc pro tunc* Plaintiff's prior service of its Complaint upon both (i) Defendants' agent who has been designated pursuant to 17 U.S.C. § 512(c)(2) for

the purpose of receiving notification of claimed infringement; and (ii) Defendants' retained counsel for this Action.  Plaintiff has shown good cause for why alternate service under 4(f)(3) is appropriate in this instance, and the means of service already accomplished are reasonably calculated to provide notice to Defendants that an action has been brought against them, as well as an opportunity for Defendants to appear and present their objections.  *See Mullane v. Central Hanover Bank & Trust Co.,* 339 U.S. 306, 314 (1950).

Accordingly, it is **ORDERED AND ADJUDGED** that

(i) Defendants' Motion to Quash Plaintiff's Proof of Service is DENIED;

(ii) Defendants' Motion to Set Aside Clerk's Default as to Defendant Kovalchuk is GRANTED as unopposed by Plaintiff;

(iii) Defendants' Motion for Sanctions against Plaintiff and its counsel is DENIED;

(iv) Plaintiff's Motion for an Order Permitting Alternate Service is GRANTED *nunc pro tunc*;

(v) Plaintiff shall, within seven (7) days after this ORDER, file Proofs of Service of Plaintiff's Complaint and Summonses upon Defendants' counsel on or about April 30, 2012; and

(vi) Defendants shall, within twenty-one (21) days after this ORDER, file their responsive pleadings to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _____ day of _____, 2012.

_____
United States District Judge