UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Limited Liability Company,

    Plaintiff

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

    Defendants

---

### NOTICE OF FILING PROOF OF SERVICE

    Plaintiff, Cybernet Entertainment LLC, hereby gives notice of filing Proof of Service for its Complaint and Summons upon Defendant, ERA Technologies Ltd.

DATED: January 9, 2013    Respectfully submitted,

    RANDAZZA LEGAL GROUP
    2 S. Biscayne Blvd, Suite 2600
    Miami, FL 33131
    Telephone (888) 667-1113
    Facsimile: (305) 397-2772

    *s/ Jason A. Fisher*
    Marc J. Randazza
    mjr@randazza.com
    Jason A. Fisher (68762)
    jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of January, 2013, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

    *s/ Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| | | |
|---|---|---|
| c/o Evan Fray-Witzer<br>Law Office of Fray-Witzer<br>20 Park Plaza, Suite 804<br>Boston, MA 02116<br>Tel: 617-723-5630<br>Email:<br>Evan@Fray-Witzer.com | c/o Valentin Gurvits<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, MA 02459<br>Tel: 617-928-1804<br>Email:<br>vgurvits@bostonlawgroup.com | c/o John Francis Bradley<br>Bradley Legal Group, P.A.<br>15 Northeast 13 Avenue<br>Fort Lauderdale, FL 33301<br>Tel: 954-523-6160<br>Fax: 523-6190<br>Email:<br>jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation