UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60660-Civ-SCOLA

CYBERNET ENTERTAINMENT LLC,

    Plaintiff,
vs.

IGOR KOVALCHUK a/k/a Vince d/b/a
DrTuber.com, ERA TECHNOLOGIES LTD.,
EXTRON WORLDWIDE CORPORATION
and JOHN DOES 1–100,

    Defendants.
_____/

**ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE**

The Defendants' motion to quash service, set aside default, and for sanctions (DE 18), the Plaintiff's cross-motion for alternate service (DE 24),[1] and all other related motions are **REFERRED** to United States Magistrate Judge Alicia M. Otazo-Reyes to be heard and determined in accordance with 28 U.S.C. § 636(b)(1)(A) and Rule 1 of the Magistrate Judge Rules of the Southern District of Florida.

**DONE and ORDERED** in chambers, at Miami, Florida, on January 8, 2013.

                                                            **ROBERT N. SCOLA, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*

---

[1] The cross-motion for alternate service is listed on the docket as docket entry 24, but the actual document containing the motion is contained in docket entry 23.