UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

        Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.

---

**PLAINTIFF'S REQUEST TO THE CLERK OF COURT
FOR ENTRY OF DEFAULT AS TO DEFENDANT ERA TECHNOLOGIES LTD.**

    Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Cybernet Entertainment LLC LLC ("Cybernet"), respectfully requests that the Clerk of Court enter the default of Defendant ERA Technologies Ltd. ("ERA"). In support of this request, Cybernet shows the following:

    1.    ERA is a limited liability entity formed under the laws of the British Virgin Islands. In accordance with applicable law, ERA has designated Blenheim Trust (BVI) Limited as its Registered Agent for service of Process in the British Virgin Islands.

    2.    On July 30, 2012, a copy of Plaintiff's Complaint and a Summons addressed to ERA was personally served upon a corporate officer for Blenheim Trust (BVI) Limited. (Doc. No. 30.)

3. Pursuant to Federal Rules of Civil Procedure 4(d) and 12, ERA was required to answer or otherwise respond by August 20, 2012.

4. To date, ERA has not filed an answer or otherwise responded to Cybernet's complaint.

Therefore, Cybernet requests that the Clerk of Court enter the default of Defendant ERA Technologies Ltd. for failure to plead or otherwise respond.  A proposed entry of default for ERA is included herewith for the Clerk's convenience.

DATED:  January 22, 2013

Respectfully submitted,

By:

RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone (888) 667-1113
Facsimile: (305) 397-2772

_s/Jason A. Fischer_
Marc J. Randazza
mjr@randazza.com
Jason A. Fisher (68762)
jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953

E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22th day of January 2013, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

_s/Jason A. Fischer_

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| c/o Evan Fray-Witzer | c/o Valentin Gurvits | c/o John Francis Bradley |
|---|---|---|
| Law Office of Fray-Witzer | Boston Law Group, PC | Bradley Legal Group, P.A. |
| 20 Park Plaza, Suite 804 | 825 Beacon Street, Suite 20 | 15 Northeast 13 Avenue |
| Boston, MA 02116 | Newton Centre, MA 02459 | Fort Lauderdale, FL 33301 |
| Tel: 617-723-5630 | Tel: 617-928-1804 | Tel: 954-523-6160 |
| Email: | Email: | Fax: 523-6190 |
| Evan@Fray-Witzer.com | vgurvits@bostonlawgroup.com | Email: jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation