UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

       Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

       Defendants.

---

**CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT
ERA TECHNOLOGIES LTD.**

Plaintiff Cybernet Entertainment LLC, has requested the entry of default of Defendant ERA Technologies Ltd. pursuant to Federal Rule of Civil Procedure 55(a). Upon review of the Court's record in this action, the Clerk finds that Defendant ERA Technologies Ltd. has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Defendant ERA Technologies Ltd. is hereby entered.

       UNITED STATES DISTRICT CLERK
       SOUTHERN DISTRICT OF FLORIDA

       By: _____
            Deputy Clerk