IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC<br><br>       Plaintiff,<br><br>vs.<br><br>IGOR KOVALCHUK a/k/a "VINCE," d/b/a DRTUBER.COM; ERA TECHNOLOGIES, LTD.; EXTRON WORLDWIDE CORP.; and JOHN DOES 1-50,<br><br>       Defendants. | CASE NO. 0: 12-cv-60660-RNS |

### DEFENDANT ERA TECHNOLOGIES, LTD.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant ERA Technologies, Ltd.. ("ERA") respectfully moves for the Court to dismiss the Complaint for lack of personal jurisdiction. In support of this Motion, ERA states that it is not subject to jurisdiction under Florida's long arm statute, nor can personal jurisdiction be properly exercised over it in accordance with the Due Process provisions of the United States Constitution. In further support of this Motion, ERA relies on the accompanying Memorandum of Law, Affidavit of Igor Kovalchuk, and other supporting documents. ERA hereby appears specially only for the purposes of this Motion and for no other purpose so as to submit itself to the jurisdiction of this Honorable Court.

                Respectfully submitted,
                ERA TECHNOLOGIES, LTD.
                By its attorneys,

                /s/Evan Fray-Witzer
                Evan Fray-Witzer, *pro hac vice*
                Ciampa Fray-Witzer, LLP
                20 Park Plaza, Suite 804
                Boston, MA 02116
                (617) 723-5630

Evan@CFWLegal.com


/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com


/s/ John Bradley
John F. Bradley, Esq.
BRADLEY LEGAL GROUP, P.A.
15 Northeast 15 Avenue
Fort Lauderdale, FL 33301
(954) 523-6160
jb@bradlegal.com
Fl Bar. No. 0779910


ECF CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System and a copy of the above document was served on counsel for the plaintiff, through the Court's CM/ECF system in accordance with FRCP 5.

/s/  John F. Bradley
John F. Bradley, Esq.