

about us    services & products    press    contact us    |    merchant login    become a merchant





## About Us

Segpay launched in June of 2005 as an EU IPSP and quickly earned a solid reputation among the webmaster community, our acquiring banks, and the Card Schemes. Based on our proven results in the EU, SegPay earned a US IPSP acquiring relationship and launched SegPay US in March of 2008. Today, SegPay has a global reach and has secured multiple acquiring relationships that support merchants in the US, Canada and the European Union and supports consumer payments globally.

Our state of the art processing engine is designed on industry standard technology and operates on Windows 2008 R2 Server and SQL Server 2008 R2 Enterprise. All application software and servers utilize the latest Microsoft.Net technologies. All web components are written in ASP.net 4.0 and Silverlight.net and all systems components are written in VB.Net 4.0. Our hardware is fully redundant with load balanced servers that are scalable both "upwards and outwards". The servers reside in a 24/7/365 managed hosting facility.

At SegPay, the client always comes first! SegPay service is always a click, call or chat away. No need to queue up in extensive ticket systems waiting for help! SegPay professionals are here to help any time of day for you!

We are constantly striving to provide the best possible level of service

### SegPay Solutions:

Learn more about our feature rich online global payment processing solutions focused on merchants who wish to expand their services to consumers worldwide.

LEARN MORE ›

### Why SegPay?

Here's why Webmasters and affiliates are turning to SegPay.

LEARN MORE ›

### Press

12-19-2012 SegPay has Record Year: Mobile & Technology Drive Client Revenue

11-07-2012 SegPay Gets Intimate with Mr. Skin

FULL PRESS AREA ›

© 2012 SegPay, Corp. All rights reserved.    Terms & Conditions | Privacy Policy | DMCA

