UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

        Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION
TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

      Plaintiff, Cybernet Entertainment LLC ("Cybernet"), respectfully moves this Court for an extension of the deadline to file its opposition to Defendants' Motion to Dismiss (Doc. No. 37). In support of its motion, Cybernet states as follows:

      1.      On January 23, 2012, Defendants filed their Motion to Dismiss in the above-captioned case, based upon an asserted lack of personal jurisdiction.  (*See* Doc. No. 37.)

      2.      Without an extension, Plaintiff's deadline to provide a Memorandum in Opposition to Defendants' Motion would be February 11, 2013.

      3.      Since the filing of Defendants' Motion, the parties have engaged in settlement discussions that are ongoing and which would benefit from a postponement of Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss.

4. Furthermore, due to scheduling and time constraints of undersigned counsel, an extension of two days in which to properly and adequately prepare Plaintiff's Opposition to Defendants' Motion.

5. The granting of this Motion will not prejudice either party.

6. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff requests that this Court grant this Motion and extend the time for Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. No. 37) up to and including February 13, 2013, and for such other relief as the Court deems appropriate.

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1

The undersigned counsel has conferred with Defendants' counsel, Valentin Gurvits, who has indicated that Defendants are unopposed to the relief sought herein by Plaintiff.

DATED: February 11, 2013

Respectfully submitted,
By:

RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone (888) 667-1113
Facsimile: (305) 397-2772

  _s/Jason A. Fischer_
Marc J. Randazza
mjr@randazza.com
Jason A. Fisher (68762)
jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

                    MAILING ADDRESS:
                    P.O. Box 17879
                    Phoenix, AZ 85011

                    Telephone:  602-904-5485
                    FAX:  602-297-6953
                    E-mail cbelville@azbar.org

                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of February 2013, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

                                    *s/Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| c/o Evan Fray-Witzer | c/o Valentin Gurvits | c/o John Francis Bradley |
|---|---|---|
| Law Office of Fray-Witzer | Boston Law Group, PC | Bradley Legal Group, P.A. |
| 20 Park Plaza, Suite 804 | 825 Beacon Street, Suite 20 | 15 Northeast 13 Avenue |
| Boston, MA 02116 | Newton Centre, MA 02459 | Fort Lauderdale, FL 33301 |
| Tel: 617-723-5630 | Tel: 617-928-1804 | Tel: 954-523-6160 |
| Email: | Email: | Fax: 523-6190 |
| Evan@Fray-Witzer.com | vgurvits@bostonlawgroup.com | Email: |
| | | jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation