UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60660-RNS

Cybernet Entertainment LLC, a New York Company,

        Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

***THIS CAUSE***, having come before the Court upon the Plaintiff's Unopposed Motion for Extension to File Plaintiff's Opposition to Defendants' Motion to Dismiss (Doc No. 39), this Court having considered the Motion and other relevant factors, it is hereby:

***ORDERED AND ADJUDGED***, that Plaintiff's Unopposed Motion for Extension to File Plaintiff's Opposition to Defendants' Motion to Dismiss is GRANTED.  Plaintiff's deadline to file its Memorandum in Opposition to

Defendants' Motion to Dismiss shall be extended up to and including February 13, 2013.

DONE AND ORDERED in Chambers at _____, Florida this \_\_\_\_ day of _____

_____
United States District Court Judge

Copies furnished: All Counsel of Record