UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60660-Civ-SCOLA

CYBERNET ENTERTAINMENT LLC,

      Plaintiff,

vs.

IGOR KOVALCHUK a/k/a Vince d/b/a
DrTuber.com, ERA TECHNOLOGIES LTD.,
EXTRON WORLDWIDE CORPORATION
and JOHN DOES 1–100,

      Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **dismissed with prejudice** by the parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (DE 42.)  The Clerk is directed to **CLOSE** this matter.  All pending motions are denied as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on February 20, 2013.

      _____
      ROBERT N. SCOLA, JR.
      UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*